## William Thomas UTZ, Appellant,

### v.

## The STATE of Texas, Appellee.

### No. 28385.

Court of Criminal Appeals of Texas.

June 6, 1956

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the offense of driving while intoxicated; the punishment, 3 days in jail and a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.